**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESE M. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | CASE NO.: 1:25-cv-00287-KES-GSA<br><br>**ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

**ORDER**

As stipulated, Plaintiff's <u>Motion For Summary Judgment</u> (formerly known as an opening brief) is due July 28, 2025; other dates adjusted accordingly.

IT IS SO ORDERED.

　　　　　Dated:　**May 20, 2025**　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1