**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

---

TERESE M. HARRIS,

      PLAINTIFF,

-v-

No. 1:25-cv-00287-KES-GSA

FRANK BISIGNANO,
Commissioner of Social Security,

      Defendant.

-----------------------------------------------------------

**ORDER**

As stipulated, Plaintiff's <u>Motion For Summary Judgment</u> (formerly known as an opening brief) is due September 11, 2025, with all other dates adjusted accordingly,

IT IS SO ORDERED.

Dated: **July 22, 2025**      **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE