UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Terese M. Harris,<br><br>        Plaintiff,<br><br>    v.<br><br>Commissioner of Social Security,<br><br>        Defendants. | No. 1:25-cv-00287-KES-GSA<br><br>**ORDER EXTENDING DEFENDANT'S RESPONSE DEADLINE** |

As stipulated, ECF No. 19, Defendant's response deadline is extended to and including 11/14/2025.

IT IS SO ORDERED.

    Dated:   **October 2, 2025**            /s/ Gary S. Austin
                                            UNITED STATES MAGISTRATE JUDGE

1